# U.S. DISTRICT COURT
# WESTERN DISTRICT OF LA
# LAKE CHARLES DIVISION

| | |
|---|---|
| Dr. R. CEASAR | CIVIL ACTION |
| VERSUS | NO: 20-CV-0035 |
| GIECO Insurance Co. | JUDGE |
| GIECO President | MAGISTRATE Judge |

## COMPLAINT

RECEIVED IN LAKE CHARLES, LA
JAN 09 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

NOW INTO COURT, comes plaintiff, Dr. R. CEASAR, with facts and evidence to support complaint of breach of contract, both expressed & implied, theft of funds, libel, slander, defamation of character and violations of the 1866 Civil Rights Act, 1981 and 1983 Civil Rights Act along with the 14th Amendment of the U.S. Constitution.

This honorable court has jurisdiction because all parties are domiciled or do business in Western Distr.

2.

On December 29, 2019 a <u>Sunday</u>, Gieco Insurance Company <u>cancelled</u> plaintiff, Dr. Ceasar's <u>Auto Insurance policy</u>, in <u>reckless disregard</u>, <u>failing to exercise ordinary care</u> handling payments made <u>in full</u> before legal deadline!

3.

To add insult to injury, Gieco has <u>refused</u> to date of this action <u>to refund</u> the $101.00 dollars, but consented to refunding (MONDAY) $70.00 <u>immediately</u> on <u>December 30, 2019</u> by <u>reversing debit card payment</u> made on <u>December 27, 2019</u>! A check also received on December 27, 2019 was processed through Accounting at 1 Gieco Plaza, Atlanta Georgia but Gieco did <u>not</u> credit to account and low and behold, policy cancelled on Sunday December 29, 2019. Unconscionable!

4.

Dr. R. Ceasar, plaintiff, a <u>U.S. Navy Veteran</u>, <u>born in the U.S.A</u> had been a loyal customer <u>since 2005</u>, or <u>14 years</u> with no <u>claims</u>, ~~accidents~~, or <u>problems</u>!

(2)

3,

After several conversations with Gieco to inform, that after Gieco informed plaintiff on Monday 12/30/2019 early morning that his policy was cancelled and payments would be returned immediately, all lies; here we are.

Wherefore; plaintiff paid "timely" payments, but due to negligence; Gieco cancelled auto insurance policy anyway causing irreparable harm for; Louisiana Dept. of Insurance (Motor Vehicle Division) "was notified", Dept of motor vehicles; but plaintiff obtained insurance with another company and had to use other monies to obtain this insurance suffering "double jeopardy" due to gross negligence of Gieco.

Therefore plaintiff prays for 1 million dollars in compensatory damages and 2 million in punitive damages and any other relief deemed equitable by law. Plaintiff prays for trial by jury.

This the 6th day of Our Lord, January 2020,

email: rrceas1@yahoo.com
xc; Gieco

Respectfully submitted by;
Dr. R. Ceasar
P.O. Box 1281
Opelousas, LA 70571
(2) Ph: (225) 287-3382

# CERTIFICATE

I hereby certify, that a (courtesy) copy of the afore-mentioned pleadings has been served upon all parties of record by depositing a copy of same in U.S. mail, postage prepaid and properly addressed.

This the 6th day of our Lord, January 2020.

Respectfully,

Dr. R. Ceasar
P.O. Box 1281
Opelousas, LA 70571

email: rrceas1@yahoo.com
Ph: (225) 287-3383

xc: Gieco Insurance Co.
4201 Nelson Road
Lake Charles, LA 70601